THE STATE EX REL. RICHARD, APPELLANT, *v.* CALABRESE, JUDGE, APPELLEE.

[Cite as *State ex rel. Richard v. Calabrese*
(1993), 66 Ohio St.3d 193.]

(No. 93–26—Submitted February 16, 1993—Decided May 5, 1993.)

*Donald L. Richard, Sr., pro se.*

*Per Curiam.* We affirm the decision of the court of appeals. On appeal to this court, appellant argues that the court of appeals abused its discretion and that C.P.Sup.R. 6, which *inter alia* requires motions outstanding for more than one hundred twenty days to be reported to this court, gives him a right to have his motion for default judgment in the underlying case ruled on within one hundred twenty days. We hold that C.P.Sup.R. 6 creates no rights in litigants.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.